IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT OF 234 GALLATIN STREET, PROVIDENCE, R.I.; 135 VERNDALE AVE. PROVIDENCE, R.I.; AND 58 FARRAGUT STREET, 2ND FLOOR, PROVIDENCE, R.I. | MISC. No. 1:05M149A |

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant United States Attorney, and moves that the accompanying Affidavit of Task Force Agent Michael S. Naylor be sealed until further order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: 12/11/05

3/3