AO 93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

234 GALLATIN STREET, PROVIDENCE, RI
AS FURTHER DESCRIBED IN ATTACHMENT A-1

## SEARCH WARRANT

CASE NUMBER: 1:05M149A

TO: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND and any Authorized Officer of the United States

Affidavit(s) having been made before me by MICHAEL S. NAYLOR, TASK FORCE AGENT, DEA who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
234 GALLATIN STREET, PROVIDENCE, RI, AS FURTHER DESCRIBED IN ATTACHMENT A-1

in the ______ District of RHODE ISLAND there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B-1

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 12/21/05
Date

LDA

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime — 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to LINCOLN D. ALMOND
U.S. ~~Judge or~~ Magistrate Judge
as required by law.

12/11/05 10:45 AM at KINGSTON RI
Date and Time Issued / City and State

LINCOLN D. ALMOND, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

5

AO 93 (Rev. 8/98) Search Warrant (Reverse)

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

______________________________

Subscribed, sworn to, and returned before me this date.

______________________________ ______________________________

U.S. Judge or Magistrate Judge Date

**<u>Attachment A-1</u>**
**234 Gallatin Street, Providence, R.I.**

**<u>Premises to be Searched</u>**

234 Gallatin Street in Providence is a two-story, one-family structure with an accessible attic area, white in color with brick columns and a wrought iron railing encircling a small front porch area. The dwelling has one (1) front entrance and one (1) side entrance off the driveway. Facing the premises, there is one (1) brown door on the left side of the porch area with a picture window to the right. The brown wooden door on the left has the numerals "234" immediately above. To the left of the dwelling is a driveway that leads to the rear of the residence and the side entrance, which is reached by walking up the driveway. There is a detached garage to the rear of the premises which is included in the premises to be searched.

The following is a true and accurate photograph of 234 Gallatin Street, Providence, RI.

**Attachment B-1**
**234 Gallatin, Providence, RI**

**Items to Be Seized**

1. Controlled substances, including cocaine and/or heroin;

2. Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, bundling materials and heat-sealing devices;

3. Cash, U.S. currency; books and papers reflecting debts and collections relating to monies owed or due for the distribution of controlled substances; and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, safety deposit keys and deeds to real property;

4. Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

5. Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

6. Documents indicating travel in interstate and foreign commerce such as travel itineraries, plane tickets, boarding passes, motel and hotel receipts, passports and visas, credit card receipts, and telephone bills; and

7. Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the Target Location including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

8. Keys to safety deposit boxes

9. Cameras and surveillance equipment

10. Cellular telephones

ATTACHMENT A-1



234 Gallatin Street, Providence, RI