IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE UNSEALING OF THE SEARCH WARRANTS AND SUPPORTING AFFIDAVITS | ) | 1:05 M 148 A<br>✓1:05 M 149 A<br>1:05 M 150 A |

**APPLICATION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and hereby moves that this Court unseal the search warrants and supporting affidavits in the above-captioned matters. As reason for said application, counsel states that defense attorneys require copies of the search warrants and supporting affidavit as part of discovery so that they may file appropriate motions, including a motion to suppress.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Adi Goldstein

ADI K. GOLDSTEIN
Assistant U.S. Attorney

Dated: January 4, 2006