IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE UNSEALING OF THE SEARCH WARRANTS AND SUPPORTING AFFIDAVITS )

1:05M148A
✓1:05M149A
1:05M150A

**ORDER**

Pursuant to an application by the United States of America, it is hereby ORDERED that the search warrants and supporting affidavits in the above-captioned matters are to be unsealed.

LINCOLN D. ALMOND
MAGISTRATE JUDGE
United States District Court

DATE: 1/5/06